KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for First Commerce, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE, LLC, an Oregon Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>SHECK GAMING, INC. and NOEL C. SHECKELLS DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 80, inclusive,<br><br>Defendants. | Case No. 2:16-CV-00573-JAD-GWF<br><br>**STIPULATION AND ORDER TO STRIKE DEFENDANTS' JURY DEMAND** |

Plaintiff First Commerce, LLC and defendants Sheck Gaming, Inc. and Noel C. Sheckells stipulate and agree that the Demand for Jury Trial filed by defendants in this matter on

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1928524_1.docx   17713.3

Page 1 of 2

April 4, 2016 and attached to defendants' Answer (ECF No. 5) shall be stricken and that this action shall be heard by the Court and not a jury.

| KAEMPFER CROWELL | LAW OFFICES OF KEVIN R. HANSEN |
|---|---|
| By /s/ Joni A. Jamison | By /s/ Amy M. Wilson |
| Robert McCoy, No. 9121 | Kevin R. Hansen, No. 6336 |
| Joni A. Jamison, No. 11614 | Amy M. Wilson, No. 13421 |
| 1980 Festival Plaza Drive, Suite 650 | 5400 West Sahara Avenue, Suite 206 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89146 |
| Attorneys for First Commerce, LLC | Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 7, 2017

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1928524_1.docx   17713.3

Page 2 of 2