**Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
Attorneys for First Commerce LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE LLC, an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SHECK GAMING, INC. and NOEL C. SHECKELLS, DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 80, inclusive,<br><br>Defendant. | Case Number: 2:16-cv-00573-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER TO 30 DAYS AFTER CONCLUSION OF SETTLEMENT CONFERENCE WITH AN INDEPENDENT MAGISTRATE JUDGE** |

Plaintiff, First Commerce LLC ("FCLLC"), by and through their counsel of record, "Jack" Chen Min Juan, Esq. of the law firm of Marquis Aurbach Coffing and Defendants, Sheck Gaming Inc. and Noel C. Sheckells ("SHECK") by and through their counsel of record Amy M. Wilson, Esq. and Kevin R. Hansen of Law Offices of Kevin R. Hansen hereby stipulate and agree as follows:

1. Plaintiff FCLLC recently retained new counsel, Jack" Chen Min Juan, Esq. of the law firm of Marquis Aurbach Coffing;

2. Plaintiff and Defendants recently discussed the ways to resolve this matter, without costly expense of further litigation;

3. The Parties thus agreed to jointly Move the Court for a Settlement Conference with an Independent Magistrate Judge;

3122992_1 6/28/2017 1:51 PM

4. The Joint Motion for a Settlement Conference with an Independent Magistrate Judge will be filed before or contemporaneously with this stipulation and order;

5. Based on this joint motion and due to the Court's March 14, 2017, Scheduling Order for the Parties to submit a Proposed Joint Pretrial Order on or by July 5, 2017. [Dkt. 26], the Parties stipulate and agree to jointly ask the court to extend the deadline on submitting a Proposed Joint Pretrial Order on to 30 days after conclusion of the settlement conference with an independent Magistrate Judge.

Dated this 28th day of June, 2017

**MARQUIS AURBACH COFFING**

By: /s/Jack Juan, Esq.
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Dr.
Las Vegas, Nevada 89145
Attorney for Plaintiff

Dated this 28th day of June, 2017

**LAW OFFICES OF KEVIN R. HANSEN**

By: /s/Kevin Hansen, Esq.
Kevin R. Hansen, Esq.
Nevada Bar No. 6336
Amy M. Wilson, Esq.
5400 W. Sahara Ave., Suite 206
Las Vegas, Nevada 89146
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the Parties shall submit their Proposed Joint Pretrial Order within 30 days of the conclusion of the settlement conference with an independent Magistrate Judge.

Dated August 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2

3122992_1 6/28/2017 1:51 PM