**Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
Attorneys for First Commerce LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE LLC, an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SHECK GAMING, INC. and NOEL C. SHECKELLS, DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 80, inclusive,<br><br>Defendant. | Case Number:<br>2:16-cv-00573-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER (SECOND REQUEST)** |

Plaintiff, First Commerce LLC ("FCLLC"), by and through their counsel of record, "Jack" Chen Min Juan, Esq. of the law firm of Marquis Aurbach Coffing and Defendants, Sheck Gaming Inc. and Noel C. Sheckells ("SHECK") by and through their counsel of record Amy M. Wilson, Esq. and Kevin R. Hansen, Esq. of Law Offices of Kevin R. Hansen hereby jointly submit this Stipulation and Order to extend deadline for Proposed Joint Pre Trial Order.

1. The parties attempted settlement during the settlement conference of Tuesday, September 26, 2017.

2. No immediate settlement resulted therefrom. But the parties have pending offers which they agree to keep open, or at least, potentially keep talking for the next two weeks.

//

MAC:14865-001 3205835_1 9/29/2017 1:59 PM

3. Thus, the Joint Pre-Trial Order due date will be extended two weeks and will now be due on November 9, 2017.

Dated this 29th day of September, 2017

**MARQUIS AURBACH COFFING**

By: /s/Jack Juan, Esq.
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Dr.
Las Vegas, Nevada 89145
Attorney for Plaintiff

Dated this 29th day of September, 2017

**LAW OFFICES OF KEVIN R. HANSEN**

By: /s/Amy M. Wilson, Esq.
Kevin R. Hansen, Esq.
Nevada Bar No. 6336
Amy M. Wilson, Esq.
Nevada Bar No. 13421
5400 W. Sahara Ave., Suite 206
Las Vegas, Nevada 89146
Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the Parties shall submit their Proposed Joint Pretrial Order on or before November 9, 2017.

Dated October 2, 2017

_____
UNITED STATES MAGISTRATE JUDGE

MAC:14865-001 3205835_1 9/29/2017 1:59 PM