**Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
Attorneys for First Commerce LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE LLC, an Oregon Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>SHECK GAMING, INC. and NOEL C. SHECKELLS, DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 80, inclusive,<br><br>    Defendant. | Case Number:<br>2:16-cv-00573-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER (THIRD REQUEST)**<br><br>ECF No. 37 |

Plaintiff, First Commerce LLC ("FCLLC"), by and through their counsel of record, "Jack" Chen Min Juan, Esq. of the law firm of Marquis Aurbach Coffing and Defendants, Sheck Gaming Inc. and Noel C. Sheckells ("SHECK") by and through their counsel of record Amy M. Wilson, Esq. and Kevin R. Hansen, Esq. of Law Offices of Kevin R. Hansen hereby jointly submit this Stipulation and Order to extend deadline for Proposed Joint Pre Trial Order.

1. The parties hereto have reached a settlement of their dispute.

2. The parties will now finalize their resolution in the form of a settlement agreement.

/ /

/ /

/ /

MAC:14865-001 3235251_1 11/2/2017 10:29 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. The current November 9, 2017 deadline for the parties to submit their joint Pre-Trial Order will now be continued to November 30, 2017.

Dated this 2nd day of November, 2017

**MARQUIS AURBACH COFFING**

By:/s/Jack Juan, Esq.
    Jack Chen Min Juan, Esq.
    Nevada Bar No. 6367
    10001 Park Run Dr.
    Las Vegas, Nevada 89145
    Attorney for Plaintiff

Dated this 2nd day of November, 2017

**LAW OFFICES OF KEVIN R. HANSEN**

By:/s/ Amy Wilson, Esq.
    Kevin R. Hansen, Esq.
    Nevada Bar No. 6336
    Amy M. Wilson, Esq.
    Nevada Bar No. 13421
    5400 W. Sahara Ave., Suite 206
    Las Vegas, Nevada 89146
    Attorney for Defendants

## <u>ORDER</u>

IT IS HEREBY ORDERED that the Parties shall submit their Proposed Joint Pretrial Order on or before November 30, 2017.

_____
U.S. District Judge Jennifer Dorsey
November 2, 2017

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14865-001 3235251_1 11/2/2017 10:29 AM