**Marquis Aurbach Coffing**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
Attorneys for First Commerce LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST COMMERCE LLC, an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SHECK GAMING, INC. and NOEL C. SHECKELLS, DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 80, inclusive,<br><br>Defendant. | Case Number:<br>2:16-cv-00573-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER**<br>**(FOURTH REQUEST)** |

Plaintiff, First Commerce LLC ("FCLLC"), by and through their counsel of record, "Jack" Chen Min Juan, Esq. of the law firm of Marquis Aurbach Coffing and Defendants, Sheck Gaming Inc. and Noel C. Sheckells ("SHECK") by and through their counsel of record Amy M. Wilson, Esq. and Kevin R. Hansen, Esq. of Law Offices of Kevin R. Hansen hereby jointly submit this Stipulation and Order to extend deadline for Proposed Joint Pre Trial Order.

1. The parties hereto have reached a settlement of their dispute.

2. The parties will now finalize their resolution in the form of a settlement agreement.

/ /

/ /

/ /

MAC:14865-001 3263625_1 11/30/2017 1:36 PM

3. The current November 30, 2017 deadline for the parties to submit their joint Pre-Trial Order will now be continued to December 8, 2017.

| | |
|---|---|
| Dated this 30th day of November, 2017 | Dated this 30th day of November, 2017 |
| **MARQUIS AURBACH COFFING** | **LAW OFFICES OF KEVIN R. HANSEN** |
| By:/s/Jack Juan, Esq. | By:/s/Amy Wilson, Esq. |
| Jack Chen Min Juan, Esq.<br>Nevada Bar No. 6367<br>10001 Park Run Dr.<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiff | Kevin R. Hansen, Esq.<br>Nevada Bar No. 6336<br>Amy M. Wilson, Esq.<br>Nevada Bar No. 13421<br>5400 W. Sahara Ave., Suite 206<br>Las Vegas, Nevada 89146<br>Attorney for Defendants |

## **ORDER**

IT IS HEREBY ORDERED that the Parties shall submit their Proposed Joint Pretrial Order on or before December 8, 2017.

Dated: November 30, 2017.

_____
UNITED STATES DISTRICT JUDGE