Marquis Aurbach Coffing
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
Attorneys for First Commerce LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FIRST COMMERCE LLC, an Oregon Limited Liability Company,

Plaintiff,

vs.

SHECK GAMING, INC. and NOEL C. SHECKELLS, DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 80, inclusive,

Defendant.

Case Number:
2:16-cv-00573-JAD-GWF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

ECF No. 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, First Commerce LLC ("FCLLC"), by and through their counsel of record, "Jack" Chen Min Juan, Esq. of the law firm of Marquis Aurbach Coffing and Defendants, Sheck Gaming Inc. and Noel C. Sheckells (collectively "SHECK") by and through their counsel of record Amy M. Wilson, Esq. and Kevin R. Hansen, Esq. of Law Offices of Kevin R. Hansen hereby jointly stipulate as follows:

//
//
//
//
//

1. That the claims and causes of action alleged by First Commerce LLC against SHECK, and SHECK's affirmative defenses to said claims and causes of action have been fully settled and reduced to a Settlement Agreement and Release ("Agreement") signed by the parties and not herein disclosed.

2. Pursuant the terms and conditions of that Agreement, the parties herein further stipulate and agree that the above-referenced matter be dismissed in their entirely *with prejudice*, with each party to bear its own attorneys fee and costs.

Dated this 6th day of December, 2017

MARQUIS AURBACH COFFING

By:/s/
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Dr.
Las Vegas, Nevada 89145
Attorney for Plaintiff

Dated this 5th day of December, 2017

LAW OFFICES OF KEVIN R. HANSEN

/s/
Kevin R. Hansen, Esq.
Nevada Bar No. 6336
Amy M. Wilson, Esq.
Nevada Bar No. 13421
5400 W. Sahara Ave., Suite 206
Las Vegas, Nevada 89146
Attorney for Defendants

## ORDER

Based on the parties' stipulation [ECF No. 41] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
December 7, 2017